UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Edward Lee Elmore,

                *Plaintiff*,

v.

City of Greenwood, County of Greenwood, Lucille C. Young, as personal representative for the Estate of Police Chief John Young in his *official* and *individual* capacities, James S. Coursey in his *individual* capacity, Mary Dickenson, as personal representative for the Estate of Perry Dickenson in his *individual* capacity, Alvin R. Johnson in his *individual* capacity, Gary Vanlerberghe in his *individual* capacity, John T. Owen in his *individual* capacity, Thomas W. Henderson, Jr. in his *individual* capacity, William Earl Wells in his *individual* capacity, Frank Dan DeFreese in his *individual* capacity, Ira Byrd Parnell, Jr. in his *individual* capacity, John C. Barron in his *individual* capacity, Selma G. Jones, as personal representative for the Estate of William T. Jones, III in his *individual* capacity, W. Townes Jones, IV in his *individual* capacity, Selma Thorne Jones in her *individual* capacity, Donald John Zelenka in his *individual* capacity, Jerry W. Peace in his *individual* capacity, Dorothy Capps, as personal representative for the Estate of Arlie P. Capps in his *individual* capacity, Dr. Sandra Conradi, and John and Jane Does 1-10, in their official and individual capacities,

                *Defendants*.

PARTIAL WITHDRAWAL OF
PLAINTIFF'S MOTION TO COMPEL
(AS TO GREENWOOD COUNTY)

Case No.:  3:13-cv-01755-TLW-TER

TO:     Defendant Greenwood County.

1

# MOTION

Plaintiff Edward Lee Elmore, by and through his undersigned counsel, now moves to withdraw his Motion to Compel and Motion to Expand Interrogatories Limit (DKT #62) filed April 11, 2013 **to the extent that it applies to Defendant Greenwood County**. Plaintiff asks the court to withdraw this motion on the grounds that Greenwood County was unintentionally and inadvertently named in that motion due to a scrivener's error.

Plaintiff respectfully asks the court to read the Plaintiff's Motion to Compel and Motion to Expand Interrogatories Limit (DKT #62) as directed solely towards Defendant City of Greenwood.

Respectfully Submitted,

JENNY HORNE LAW FIRM, LLC

s/ Alan W. Guffy
Jenny A. Horne, FID 7048
Alan W. Guffy, FID 11633
Janet T. Butcher, FID 1629
133 East 1st North Street, Ste. 5
Summerville, SC 29483
Telephone: 843-873-1721
Facsimile: 843-875-4696

**ATTORNEYS FOR PLAINTIFF**

May 2, 2014