IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Edward Lee Elmore,<br><br>     Plaintiff,<br>v.<br>City of Greenwood, County of Greenwood, Lucille C. Young, as personal representative for the Estate of Police Chief John Young in his official and individual capacities, James S. Coursey in his individual capacity, Mary Dickenson, as personal representative for the Estate of Perry Dickenson in his individual capacity, Alvin R. Johnson in his individual capacity, Gary Vanlerberghe in his individual capacity, John T. Owen in his individual capacity, Thomas W. Henderson, Jr. in his individual capacity, Thomas W. Henderson, Jr. in his individual capacity, William Earl Wells in his individual capacity, Frank Dan DeFreese in his individual capacity, Ira Byrd Parnell, Jr. in his individual capacity, John C. Barron in his individual capacity, Selma G. Jones, as personal representative of the Estate of William T. Jones, III, in his individual capacity, W. Townes Jones, IV, in his individual capacity, Selma Thorne Jones in her individual capacity, Donald John Zelenka in his individual capacity, Jerry W. Peace in his individual capacity, Dorothy Capps, as personal representative for the Estate of Arlie P. Capps in his individual capacity, Dr. Sandra Conradi, and John and Jane Does 1-10, in their official and individual capacities,<br><br>     Defendants. | Case Number 3:13-cv-01755-TLW<br><br>Order |

1

On June 26, 2013, Plaintiff Edward Lee Elmore filed this civil action alleging violations of his constitutional rights. (Doc. #1). Plaintiff filed an amended complaint on October 4, 2013. (Doc. #5). On December 9, 2013, Defendant Donald John Zelenka filed a motion to dismiss, asserting that he is entitled to absolute immunity. (Doc. #31). The matter now comes before this Court for review of the Report and Recommendation ("Report") filed by Magistrate Judge Kaymani D. West, (Doc. #83), to whom this case is assigned. In the Report, the Magistrate Judge recommends that the Court grant Defendant Zelenka's motion to dismiss, (Doc. #31), and dismiss with prejudice Plaintiff's causes of action against Defendant Zelenka  Objections were due by July 14, 2014. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report.  28 U.S.C. § 636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, (Doc. # 83), is **ACCEPTED.** Defendant Donald John Zelenka's Motion to Dismiss, (Doc. #31),  is **GRANTED** and Plaintiff's causes of action against Defendant Donald John Zelenka are **DISMISSED** with prejudice.

  **IT IS SO ORDERED**.

             s/Terry L. Wooten
             Chief United States District Judge

August 27 2014
Columbia, South Carolina