UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Edward Lee Elmore, | ) | C/A No: 3:13-CV-01755-TLW-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| City of Greenwood, County of Greenwood, | ) | **JOINT STIPULATION** |
| James S. Coursey in his individual capacity, | ) | **FOR VOLUNTARY DISMISSAL** |
| Alvin R. Johnson in his individual capacity, | ) | **WITH PREJUDICE OF** |
| Thomas W. Henderson, Jr., in his individual | ) | **DEFENDANTS SELMA THORNE** |
| capacity, William Earl Wells in his | ) | **JONES, W. TOWNES JONES, IV, AND** |
| individual capacity, Frank Dan DeFreese in | ) | **JERRY W. PEACE** |
| his individual capacity, Ira Byrd Parnell, Jr., | ) | |
| in his individual capacity, John C. Barron in | ) | |
| his individual capacity, W. Townes Jones, | ) | |
| IV, in his individual capacity, Selma Thorne | ) | |
| Jones in her individual capacity, Jerry W. | ) | |
| Peace in his individual capacity, Dr. Sandra | ) | |
| Conradi, and John and Jane Does 1-10, in | ) | |
| their official and individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by all parties who have appeared in this

action, through their undersigned counsel, that Defendants Selma Thorne Jones, W. Townes

Jones, IV, and Jerry Peace, each in their individual capacities, be voluntarily dismissed, with

prejudice, pursuant to their absolute immunity for prosecutorial functions pursuant to *Imbler v.*

*Pachtman*, 424 U.S. 409 (1976) and its progeny.

Respectfully submitted this 16th day of September, 2015.

[This space is intentionally blank. Signature page follows.]

1

**We consent.**

s/Janet T. Butcher
Federal ID No. 1629

s/Jenny A. Horne
Federal ID No. 7048

JENNY HORNE LAW FIRM, LLC
133 East 1st North Street, Suite 5
Summerville SC 29483

s/Diana L. Holt

DIANA HOLT LAW FIRM
PO Box 6454
Columbia, SC 29260

*Attorneys for Plaintiff Edward Lee Elmore*


**We consent.**

s/William H. Davidson, II
Federal ID No. 425

DAVIDSON & LINDEMANN, P.A.
1611 Devonshire Drive, Second Floor
Columbia SC 29204
*Attorneys for Defendants City of Greenwood,*
*James S. Coursey, Alvin R. Johnson, Thomas W.*
*Henderson, Jr., W. Earl Wells, Jr., Frank D. DeFreese,*
*Ira B. Parnell, Jr., and John C. Barron*


**We consent.**

s/Patrick J. Frawley
Federal ID No. 890

DAVIS FRAWLEY, LLC
140 East Main Street
Lexington SC 29071
*Attorneys for Defendants County of Greenwood,*
*Selma Thorne Jones, W. Townes Jones, IV, and*
*Jerry W. Peace*

2

3

**We consent.**

s/Elloree A. Ganes
Federal ID No. 9022

HOOD LAW FIRM, LLC
172 Meeting Street
Charleston SC 29401
*Attorneys for Defendant Sandra E. Conradi, M.D.*