UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Edward Lee Elmore, | ) | Case No.: 3:13-cv-01755-TLW-KDW |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| City of Greenwood, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff submits this Notice of Settlement to notify the Court that this lawsuit has been settled. The parties are in the process of consummating the settlement, and will file a stipulation of dismissal when the settlement is concluded.

s/ Diana L. Holt
Diana L. Holt [#7539]
DIANA L. HOLT, LLC
P.O. Box 6454
Columbia, SC 29260
(803) 782-1663

Jenny A. Horne [#7048]
JENNY HORNE LAW FIRM, LLC
107 South Main Street
Summerville, SC 29485
(843) 873-1721

Janet T. Butcher [#1629]
JANET BUTCHER, LLC
202 E. 2nd North Street
Suite 1D
Summerville, SC 29483
(843) 735-9785

**ATTORNEYS FOR PLAINTIFF**

January 16, 2016